FILED
AUG 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTO AMAYA-CALLES,<br><br>Defendant. | INDICTMENT<br><br>CASE NO. 5:25 CR 00402<br>Title 8, United States Code, Sections 1326(a) and (b)(2); Title 18, United States Code, Sections 1015(e), 1028A(a)(1); Title 42, United States Code, Section 408(a)(7)(B)<br><br>JUDGE BARKER |

COUNT 1
(Illegal Reentry of Removed Alien, 8 U.S.C. §§ 1326(a) and (b)(2))

The Grand Jury charges:

1. On or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant, JUSTO AMAYA-CALLES, an alien, was found in the United States after having been removed and deported therefrom on or about December 3, 2012, at or near New Orleans, Louisiana, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

COUNT 2
(False Claim to U.S. Citizenship to Engage Unlawfully in Employment,
18 U.S.C. § 1015(e))

The Grand Jury further charges:

2. From on or about March 10, 2016, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JUSTO AMAYA-

CALLES, knowingly made a false statement and claim that he was, or at any time had been, a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e).

COUNT 3
(Misuse of Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

3. From on or about March 10, 2016, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant JUSTO AMAYA-CALLES, for the purpose of gaining employment, knowingly and with the intent to deceive, falsely represented a social security account number with the last four digits "2944" to be the social security account number lawfully assigned to him by the Commissioner of Social Security, when in fact such social security account number had not been assigned to him by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT 4
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

4. The factual allegations contained in Counts 2 and 3 of this Indictment are re-alleged and incorporated by reference as if stated fully herein.

5. From on or about March 10, 2016, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant JUSTO AMAYA-CALLES, did knowingly use, without lawful authority, a means of identification of S.M., to wit: a social security card, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: False Claim to U.S. Citizenship to Engage Unlawfully in Employment, in violation of Title 18 United States Code, Section 1015(e), and Misuse of Social Security Number, in violation of

Title 42, United States Code, Section 408(a)(7)(B), as alleged in Counts 2 and 3, knowing that the means of identification belonged to another actual person whose identity is known to the grand jury, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.